IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:18CR144 |
| JOSE ALBERTO REYES-MARTINEZ, | ) |
| Defendant. | ) |

O R D E R

Counsel in the above-captioned case have advised the Court that all pretrial motions have been complied with and/or that all matters raised in the parties' motions have been resolved by agreement. Therefore, a hearing in this case is deemed unnecessary.

SO ORDERED, this 30th day of July, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA